**ORIGINAL**

C12-0425 RSM

:Zachary-Stanley:of the Rice Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal Trust Estate. Public Minister of Justice.
28 U.S.C.§ 1251. (1) Original jurisdiction Non-assumpsit/TDC:
296 Porter Way #136 Milton Washington.
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
253-683-1200, De Jure American National's of Israel
28 U.S.C. 1746 (1) (Without Territories).


Civilian Flag of Peace

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAR 09 2012   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| :Zachary-Stanley:of the Rice Estate, Living Man. :Mark-Edward:, Duly Authorize Administrator for Rice Trust Estate.<br><br>Petitioner<br><br>vs<br><br>THE STATE OF CALFORNIA and Bonnie Michelle, DUMANIS and Subsidiarity Agency's and Agent's John and Jane Does 1-100.<br><br>Respondents | Admiralty Case No. ~~12-MC-008~~<br><br>Libel of Review<br>-common law counterclaim in admiralty -<br>- notice lis pendens and -<br>- verified statement of right -<br>Re: false claim in *assumpsit* to rights in the original estate-Article III; Constitution, Memorandum Incorporated within Exhibits Attachments<br><br>CERTIFICATE OF SERVICE. |

SEA 47761 Summ. ISS.

Comes now Petitioner of the Rice family speaking for his family and estate, a regenerate man in the faith of Yahoshua H'Mashiach 𐤉𐤄𐤅𐤔𐤏 𐤄𐤌𐤔𐤉𐤇[1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Municipal agent Bonnie Michelle, DUMANIS Respondent has been making false claims

---

[1] 𐤉𐤄𐤅𐤔𐤏 𐤄𐤍𐤑𐤓𐤉 𐤅𐤌𐤋𐤊 𐤄𐤉𐤄𐤅𐤃𐤉𐤌 Yehoshua H'Natzrith V'Molech H'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

Compliant Counterclaim in Admiralty 1 of 19



12-CV-00425-CMP

(18)

and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

## Jurisdiction

1) In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in REM (Rule C (3) such as trust organizations and legal names (True Name :Zachary-Stanley:of the Legal Name RICE Estate), Petitioner, Respondent, THE STATE OF CALFORNIA and Bonnie Michelle, DUMANIS and Subsidiarity Agency's and Agent's John and Jane Does 1-100. etc.)

2) "...The United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741.

3) This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." Select Pleas in the Court of Admiralty, Volume II, A.D. 1547-1602; Introduction - Prohibitions, Note as to the early Law of Wreck,

Compliant Counterclaim in Admiralty 2 of 19

Selden Society, p. xl, 1897. Even the IRS recognizes the protocol: "Place for filing notice; form. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated...(ie)Warrant/Charges/ etc, " Title 26 U.S.C. §6323.

    4)    Respondent, acting as "City METRO officer – Bonnie Michelle, DUMANIS and THE STATE OF CALFORNIA and Subsidiarity Agency's and Agent's John and Jane Does 1-100. Is and are agent's of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the Division of enforcement for the Department of revenue under principal State Governor in convention with METRO organization a.k.a. Public Administrative Services Headquarters (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933 Random House p. 21.) The Department of Justice and Department of Revenue of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law journal society (international treaty) exemptions home rule "Transfer of government.")

    5)    The district court for the District of Washington has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land and a citizen of the spiritual commonwealth of Israel, or Nation of Israel complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and

Compliant Counterclaim in Admiralty 3 of 19

1201 respectively and irregular extradition under a de facto warrant for arrest from Petitioner's asylum state into the STATE OF CALIFORIA, custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal Bonnie Michelle, DUMANIS, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively.

6) The presentments (warrant of arrest) Fictitious and fabricated charges, charge stacking (VC10851 (A), PC496D, PC487(D) PC118(A) PC 470(D) VC10851(A) PC496D the charges are arbitrary and capricious clearly implying that if Petitioner fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure in REM with out congressional authority given to any of the STATES. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes: "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice shall be valid notwithstanding any other provision of law regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). emphasis added, The only excuse for the discretionary authority granted administrative agencies, Municipal or internal is the judicial oversight demonstrated in this invocation of an Article III court.

7) All Crimes are commercial the presentments (warrant of arrest) Fictitious and fabricated charges, charge stacking of the following: (VC10851 (A), PC496D, PC487(D) PC118(A) PC 470(D) VC10851(A) PC496D are a attempt to collect revenue and create security's (Example SF 24, a Bid Bond, SF 25 a Performance Bond and SF 25a) the payment

Compliant Counterclaim in Admiralty 4 of 19

bonds for the STATE OF CALIFORNIA, A foreign STATE and the DTC a/k/a Depository Trust Corporation and the Petitioner as a constructive trust surety without knowledge or consent, Over 40% of people admitted into prisons in America are "convicted" under the "Political Code" and therefore, by definition, Political Prisoners. Furthermore, since Political Prisoners end up with mandatory longer sentences, the cumulative effect is that they end up being the majority of the population.  See  Bonnie Michelle, DUMANIS 94% conviction Rate.

8) According to 27 CFR 72.11, burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of weapons; prostitution; extortion; swindling; and many other things, like simple addiction to drugs or marihuana use, are considered and defined as "Commercial Crimes" where you are converted to an object for "commercial use" and Due Process of Law becomes a farce!.

9) Judge Alger Fee stated it very clearly in the case of US v Johnson, 76 Fed.Supp. 538, that your Rights are "neither accorded to the passive resistant, nor to the person indifferent thereto." Furthermore Judge Fee stated that your Rights "cannot be claimed by attorney or solicitor" and are only valid "when insisted upon by a BELLIGERENT claimant in person." His final warning was clear that "one who is persuaded by honeyed words or moral suasion to testify or produce documents… simply loses the protection" of your Rights!.

10) A DEMAND of determination of status, or of activity, Nature and cause of All allegations will be sent with interrogatory and discovery with exhibits of this complaint in admiralty which is clearly invoked within.

### Law of the Flag:

11) Man is created in the image of Yahuah - 𐤀𐤅𐤄𐤅, the one true God Anglicized

Compliant Counterclaim in Admiralty 5 of 19

Jehovah in the Holy Scriptures, and to reduce a man to chattel against the national debt is an affront to Yahowah-𐤀𐤉𐤄𐤄 and the Messianic advent of Yahoshuah-𐤏𐤉𐤅𐤉𐤄𐤄. Be it hereby known that the competent common law is prior to 1938 and 1842 – the period between Swift v. Tyson and Erie Railroad Co. v. Tompkins. Protected by the saving to suitors clause of 1789 the state law applied to this diversity issue is modeled by the Holy Scriptures and found in the Fundamental Orders of 1639. With respect to Yahowah's 𐤀𐤉𐤄𐤄 grace demonstrated by the Messianic advent of Yahoshuah-𐤏𐤉𐤅𐤉𐤄𐤄:

12) Exodus 13:16 And it shall be for a token upon thine hand, and for frontlets between thine eyes: for by strength of hand Yahowah - 𐤀𐤉𐤄𐤄 brought us forth out of Egypt.

13) Genesis 1:27 So Elohiym created man in his [own] image, in the image of Elohiym created he him; male and female created he them.

14) "...to maintain and preserve the liberty and purity of the Gospel of our Lord Jesus which we now profess, as also, the discipline of the Churches..."

15) The 4th day of the 4th month, called June, 1639, all the free planters assembled together in a general meeting, to consult about settling civil government according to GOD, and about the nomination of persons that may be found by consent of all fittest in all respects for the foundation work of a Church which was intended to be gathered in Quinipieck. After solemn invocation of the name of GOD in prayer, for the presence and help of his spirit and grace in these weighty businesses, they were reminded of the business whereabouts they met.

16) Quaere 1. Whether the Scriptures doe hold fourth a perfect rule for the direction and government of all men in all duties which they are to perform to GOD and men as well in

Compliant Counterclaim in Admiralty 6 of 19

the government of families and commonwealths as in matters of the Church?

17) This was assented to by all, no man dissenting, as well expressed by holding up of hands. Afterword's it was read over to them, that they might see in what words their vote was expressed: They again expressed their consent thereto, by holding up their hands, no man dissenting.

18) Here quoted from the capital laws: 1. idolatry (Deut 13.6–17.2 – Exodus 22.20) 2. witchcraft (Exodus 22.18 – Leviticus 20.27 – Deut. 18.10,11) 3. blasphemy (Leviticus 24.15,16) 4. murder by violence (Exodus 21.12,13,14 – Numbers 35.30,31) 5. murder by guile (i.e. poisoning) (Exodus 21.14) 6. bestiality (Leviticus 20.15,16) 7. homosexuality (Leviticus 20.13) 8. adultery (Leviticus 20.10 and 18.20 – Deut. 22.23,24) 9. rape (Deut. 22.25) 10. kidnap (Exodus 21.16) 11. perjury (Deut. 19.16,18,19) 12. treason against the commonwealth 13. striking or cursing a parent (Exodus 21.17- Leviticus 20.9 – Exodus 21.15) 14. a parent shall turn in a criminal child (Deut. 21.20,21) general discretionary power is retained by the general court to prosecute any other harmful behavior against individuals, family and community, church or commonwealth.

19) The federal as well as the state court will administer admiralty law and the district court acquires jurisdiction through Article III, Clause 2 of the Constitution of the United States of America and the subsequent Judiciary Act of September 24, 1789 and thus the federal question is established evoking Title 28 §1333. The common law of the state and the custodial responsibility of the district court is easily established:

20) **§61.** "When any Territory is admitted as a State, and a district court is established therein, all the records of the proceedings in the several cases pending in the highest court of

Compliant Counterclaim in Admiralty 7 of 19

said Territory at the time of such admission, and all records of the proceedings in the several cases in which judgments or decrees had rendered in said territorial court before that time, and from which writs of error could have been sued out or appeals could have been taken and prosecuted to the Supreme Court or to the circuit court of appeals, shall be transferred to and deposited in the district court for the said States." Process of admission of a State into the Union of several States is verified in § §61-64 of the act of March 3, 1911, ch. 231, 36 Stat. 1104.

21) This cause is simple remand into the asylum state where proper protection is provided by absolute confidence in the civil protection offered by contract commonly known by New Covenant.

22) "…Whether the law of the State shall be declared by its Legislature in a statute or by its highest court in a decision is not a matter of federal concern." The Constitution of the United States of America, Revised and Annotated – Analysis and Interpretation – 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 782 and as collateral to the 10th Amendment and Erie Railroad Co. v. Tompkins 304 U.S. 64 (1938).

23) The United States of America and the United States federal government cannot possibly condone the unlawful extradition of a man on the land into the corporate fiction without contract, accord, consent, or international treaty:

24) Establishment of a professional, impartial, and compulsory dispute-settlement mechanism is necessary to insure that the oceans will be governed by the rule of law rather than the rule of force… This [lack of mechanism] cannot but escalate into economic warfare,

Compliant Counterclaim in Admiralty 8 of 19

endanger the freedom of navigation, and ultimately lead to tests of strength and military confrontations.

25) America would not be true to itself, or to its moral heritage, if it accepted a world in which might makes right – where power alone decides the clash of interests. And from a practical standpoint, no one recognizes more clearly than American industry that investment, access, and profit can best be protected in an established and predictable environment. Secretary of State Henry Kissinger; The Law of the Sea: A Test of International Cooperation. Department of State Bulletin, Vol. LXXXIV, No. 1922, April 26, 1976 as continued proceedings of the seventh special session of the United Nations General Assembly in September of 1975 on global issues of economic development.

### Cause of action

26) Respondent, :Zachary-Stanley:of the Rice Estate, Living Man. has been remiss to disclose the remedy to the inherent presumption that people being "paid" are private reserve banks being paid in private credit notes from the Federal Reserve banks. This fraud by omission, the remedy to the Fed Act not being disclosed clearly has caused Petitioner to be handling and transacting business most of his life in false balances with attached usury. This counterclaim action is preemptive to assure no debt action in assumpsit will be active against Petitioner for the remainder of his life in order to live a more pleasing life to [Hebrew characters] - Yahowah in accord to doctrine like Proverbs 11:1 - A false balance is an abomination to [Hebrew characters] - Yahowah, but a just weight is His delight.

27) The presumption Petitioner is a Fed bank and involved with private credit

thereof is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith.

28) Petitioner has been expressly demanding lawful money according to the remedy in the Fed Act as demonstrated in this filing fee of $350 Stamped Redeemed in Lawful Money Attached to this complaint last page.

29) The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Petitioner is and always would have exercised right to handle lawful money had the option ever been presented in good faith.

30) The subject presentments typically utilized for making a first lien and Secured interest of the STATE OF CALIFORNIA by the use of following: (VC10851 (A), PC496D, PC487(D) PC118(A) PC 470(D) VC10851(A) PC496D are a attempt to collect revenue and create security's (Example SF 24, a Bid Bond, SF 25 a Performance Bond and SF 25a) the payment bonds for the STATE OF CALIFORNIA, A foreign STATE and the DTC a/k/a Depository Trust Corporation and the Petitioner as a constructive trust surety without knowledge or consent, the Treasury claim are regular enough but Petitioner wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap or identity theft.

31) The presentment(s) upon which past debt action in assumpsit - theft has been based are being and have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusals for cause, the warrant for arrest which is a commercial

Compliant Counterclaim in Admiralty 10 of 19

charging instrumentality along with California's penal codes: (VC10851 (A), PC496D, PC487(D) PC118(A) PC 470(D) VC10851(A) PC496D has been returned to Respondent in her copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

### Notice regarding address

32) Due to sanctification of the confederacy, the corporate United States, Petitioner does not identify with residential address 296 Porter Way #136 Milton Washington. DMM Reg. Sec.122.32; Public Law 91-375, Sec.403. Petitioner's address is "Petitioner". For convenience mail may be sent to Petitioner, . The supplemental rules for certain maritime and admiralty claims traditionally recognize parties as vessels and Petitioner is dedicated and flies the seal of ࠀࠁࠀࠁ - Yahuah, Exodus 13:16, being first fruit unto Him and Him alone.

### Stipulation of acceptable answer

33) The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land.

34) This is international and common law. Respondent must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Petitioner" or any pseudonym through which Petitioner may be engaged in contract. Clerk of the court has the authorized obfuscated remedy by denying proper certificates so Respondent and anyone else for that matter can easily research case history against Petitioner or any legal name. Respondent may call (206) 370-8424) at 700 Stewart Street, Seattle, WA 98101 or (619) 557-5600) at 880 Front St # 4290, San Diego, CA 92101 to

Compliant Counterclaim in Admiralty 11 of 19

conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if Respondent is moving on a valid claim and judgment in the district court then Respondent knows what case that is, Certificates of searches Attached.

35) The United States or THE STATE OF CALFORNIA and Bonnie Michelle, DUMANIS and Subsidiarity Agency's and Agent's John and Jane Does 1-100. Is not a party in interest to this action. Any registered attorney responding for Respondent cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution.

36) A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the Washington State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Petitioner according to the notice on the face of the summons.

### Stipulation of remedy

37) The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence Exhibits A to Ib for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Petitioner's wife, may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions – Commercial Charges in the nature of **debt**

Compliant Counterclaim in Admiralty 12 of 19

**action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 Trading with the Enemy Act to compel citizens of the United States to comply. The substitution of citizen of the United States for the German nationals on this land was against Stoehr v. Wallace, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under the penalties of perjury that my statements in the foregoing VERIFIED Compliant Counterclaim in Admiralty is true and correct, complete to the best of my knowledge and belief.

_____ (Lawful seal)
:Zachary-Stanley:Executor of the Rice Estate, Living Man Sovereign De Jure American National of Israel. Non-Resident Alien/Non Assupsit Diversity of Citizenship 28 U.S.C. 1746 (1) (Without Territories).

On this ___9th___ day of the ___3rd___ month in the year of the Reign of our Righteous King Yehoshuah HaMashiach *commonly known as* two thousand and eleven, the foregoing document was acknowledged before me by Jill E. Lane. In witness thereof, for king county, Washington state; I, ___Jill E. Lane___ hereunto set my hand and official seal. _____

JILL E. LANE
Notary Public
State of Washington
October 20, 2015

*The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign and/or fictional entity, or change my character or standing in Law.*


*The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign and/or fictional entity, or change my character or standing in Law.*

_____ (Lawful Seal)
(witness)   :Mark-Edward: Duly Authorize Administrator

Original Jurisdiction 1789 A.D. united States of America

Compliant Counterclaim in Admiralty        13 of 19

## Constructive Notice

1) Respondent, and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Respondent and all principals and agents are left with their remedy:

2) **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. First Judiciary Act, September 24, 1789. Bouvier's Law Dictionary 1856.

3) Upon offence by hostile presentment after the inevitable default by Respondent (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) Arrest Warrant and the clerk will immediately issue an arrest warrant for Respondent or any named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Respondent or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

## Stipulation regarding character and residential address

4) The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly redeemed U.S. lawful money. Petitioner is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Petitioner retains the unalienable right to

Compliant Counterclaim in Admiralty       15 of 19

hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgement against Respondent, the default judgement will be filed in full cognisance of the United States and will appear on the docket as "Default judgement for the plaintiff." Petitioner is authorized by fidelity bond to file default judgement in lieu of district court action. Any such judgement will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Petitioner's character not in the least:

5) The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in United States v. Johnson et al. No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. emphasis added.

6) The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Petitioner Pro Se - to imply that Petitioner is representing himself before the district court. Petitioner is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund or California State or Actors, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public

Compliant Counterclaim in Admiralty        16 of 19

money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from US v **Rickman; 638 F.2d 182.**

7) In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in lawful money. And, **US v Ware; 608 F.2d 400.**

8) <u>United States notes shall be lawful money</u>, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.

9) Any presumptions made about the funds for this filing fee are that Petitioner has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

10) "BANKRUPTCY. The state or condition of a bankrupt. 2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

11) All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Petitioner is a man with 𐤀𐤉𐤄𐤀-Yahuah given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Respondent are clearly the debtor and Petitioner is clearly creditor.

## Further Notice No magistrates

12) No one may handle this case but an Article III judge. The nature of this cause is

Compliant Counterclaim in Admiralty      17 of 19

injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

13) attachments fully incorporated: **Evidence file goes as Follows:** Exhibit A affidavit Lawful Payment to Clerk for Name Search of Petitioners Washington, a copy of the paycheck or affidavit of demanding lawful money associated with the US court filing fee has been attached. 1) Certificate of search on "Petitioner" from clerk of the district court is exempted due to falsifications by district court clerk William M.McCool on such certificates. Respondent are provided with information to check for case histories. Exhibit B affidavit Lawful Payment to Clerk for Name Search of Petitioners San Diego. Exhibit C Certificate of Searches & Receipt's. Exhibit D Civil Coversheet & Name Change. Exhibit E Certified copy of Title 12>Chapter 3 Sub chapter>§411. Exhibit F Credit River Decision. Exhibit G Original 13th Amendment. Exhibit H Superior Court Case No.:F118.808.10, and D.A No.:ACV370-04 and CT No. CD230121, Refused For Cause and Fabrication, Notice of King Status Administrative law DOSE NOT APPLY the presentment from Respondent is refused for cause and Returned in the Defendant copy with his Summons. Exhibit I Verified Affidavit of facts by specific negative averments. Exhibit J Notice of Removal to Federal Court. Exhibit K Memorandum in Support of removal notice and demand. Exhibit L Interrogatory's direct yes or no answers to prosecuting attorney Bonnie Michelle, DUMANIS. Exhibit M Executive letter to court, and agents. Exhibit N Affidavit and Interrogatory by :David-Wynn: Miller Filled 12-05-2011 to clerk of Superior Court.

### NOTARY PUBLIC'S JURAT

BEFORE ME, a Notary Public, in and for said state, the above named natural person did

Compliant Counterclaim in Admiralty      18 of 19

appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of his knowledge and belief. affirmed before me and signed in my presence this day of March ___9th___, 2012.

WITNESS my hand and official seal.

/s/ _____  
Notary Public  
My Commission Expires On:

JILL E. LANE  
Notary Public  
State of Washington  
My Commission Expires  
October 20, 2015

_____ SEAL

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

### DECLARATION UNDER PENALTY OF PERJURY

We, declare under the penalties of perjury that our verified complaint and Exhibits A to N, Evidence in the foregoing is true and correct, complete to the best of my knowledge and belief

_____ (Lawful seal)  
:Zachary-Stanley: Living Man.  
Sole Equitable Holder of the legal Trust Estate.

_____ (Lawful Seal)  
:Mark-Edward: Duly Authorize Administrator.  
of the legal Trust Estate. Public Minister of Justice.



Compliant Counterclaim in Admiralty      19 of 19