FILED LODGED ENTERED RECEIVED
MAR 20 2012 LK
AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON DEPUTY




:Zachary-Stanley:of the Rice Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal Trust Estate. Public Minister of Justice.
28 U.S.C.§ 1251. (1) Original jurisdiction Non-Assumpsit/TDC:
296 Porter Way #136 Milton Washington.
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
253-683-1200, De Jure American National's of Israel
28 U.S.C. 1746 (1) (Without Territories).

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

:Zachary-Stanley:of the Rice Estate, Living Man.
:Mark-Edward:, Duly Authorize Administrator for Rice Trust Estate.

Petitioner/Claimant

vs

THE STATE OF CALFORNIA and Bonnie Michelle, DUMANIS and Subsidiarity Agency's and Agent's John and Jane Does 1-100.

RESPONDENTS/LIBELANTS.



12-CV-00425-BOND

**Admiralty Case No.C12-0425RSM**

**EVIDENCE OF SERVICE**

The following proof and evidence of service by Dana Kennedy.

1) Notice of removal, Change of venue date of File 03-05-2012 into the Superior Court of California, County of San Diego, Case CD230121. Cover page 1 of 13 Attached.
2) Certificate of Service To Bonnie Michelle, DUMANIS date 03-16-2012, page 14 of 19 in counterclaim.
3) Affidavit of service into the Superior Court of California, County of San Diego, Case CD230121.03-15-2012, 2:21 Pm 1 page.
4) Additional Notice of removal on 03-16-2012 at 2:21 Pm into the Superior Court of California, County of San Diego, Case CD230121.
5) Summons C12-0425RSM and proof of service accepted by Andy Huilskamp for Bonnie Michelle, DUMANIS date 03-16-2012 2 pages.

**The following 1, 2, 3, 4, 5, above are files as evidence and proof of service.**






:Zachary-Stanley:of the Rice Estate, A Living Man
Sovereign De Jure American National of Israel
Duly Authorize Executor of the RICE Estate.
Non-Resident Alien/Non Assupsit Diversity of Citizenship
28 U.S.C. 1746 (1) (Without Territories)
TDC C/o 296 Quarter Way #136 Milton Washington.
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
253-683-1200.

IN THE SUPERIOR COURTOF THE STATE OF CALIFORNIA,
COUNTY OF SAN DIEGO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA A Vessel /Agent in Commerce a fictitious foreign State.<br>Plaintiff in Error<br>vs.<br><br>BRIAN SCOTT RICE A Vessel /Agent in Commerce And A Presumption of Law, by forced appearance without consent.<br>THIS IS NOT A PLEADING.<br><br>Defendant in Error | CASE NO. F118.808.10.<br>(In Admiralty Action In Quasi Rem)<br><br>NOTICE OF REMOVAL, CHANGE OF VENUE, Pursuant to Diversity of Citizenship 28 U.S.C. §§1331, 1333.<br>CASE NO. F118.808.10.<br>OTHER RELATED ACCOUNTS,<br>D.A. No.: ACV370-04. CT No.CD230121.<br>:TO UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE AND MEMORANDUM INCORPORATED WITHIN.<br>MEMORANDUM AND NOTICE AND DEMAND ATTACHED EXHIBIT K<br><br>CERTIFACATE OF SERVICE |

**NOTICE OF REMOVAL, CHANGE OF VENUE, Pursuant to Diversity of Citizenship 28 U.S.C. §§1331, 1333. CASE NO. F118.808.10. OTHER RELATED ACCOUNTS, D.A. No.: ACV370-04. CT No.CD230121.:TO UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE MEMORANDUM INCORPORATED WITHIN.**

EVIDENCE



Exhibit

of the legal Trust Estate. Public Minister of Justice.

**Presentments will be treated as described by the following example of clerk instruction:**

:Zachary-Stanley:of the Rice Estate, 296 Porter Way #136 Milton Washington. DMM Reg.

Sec.122.32; Public Law 91-375, Sec.403.

United States District Court Western District of Washington at Seattle 700 Stewart Street.

Seattle, WA 98101. Delivered By Hand.

Dear clerk;

C12-425 RSM

Please file this refusal for cause in the case jacket of Article III case No. ~~12-MC-008~~. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

My lawful seal below expresses that I have Hand delivered a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been served by hand as indicated back to the presenter within a reasonable amount of time of presentment. See additional Certificate of Service performance attached as last page by hand

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by hand by Dana Kennedy 1o: bonnie m Dumanis deputy attorney for the county of San Diego for the people of San Diego hall of justice330 w Broadway San Diego, ca 92101.

DATED; San Diego, California .

03/ 16 /2012. ______ (Lawful Seal).
Dana Kennedy Living Woman,
All Rights Reserved

Zachary-Stanley of the Rice Estate. A Living Man
Sovereign De Jure American National of israel
Duly Authorize Executor of the RICE Estate
Non-Resident Alien/Non Assupsit Diversity of Citizenship
28 U.S.C. 1746 (1) (Without Territories)

VC C/o 206 Quarter Way 1136 Milton Washington
DMV Reg. Sec.122 32 Public Law 91-375 Sec 403
253-683-1200

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA A Vessel /Agent in Commerce a fictitious foreign State.

vs

Plaintiff in Error
BRIAN SCOTT RICE A Vessel /Agent in Commerce And A Presumption of Law, by forced appearance without consent
THIS IS NOT A PLEADING.
Defendant in Error

**CASE NO. CD230121**

(In Admiralty Action In Quasi Rem)

**AFFIDAVIT OF SERVICE**

By: Dana Kennedy, I am over the age of 18 and not a party to the action, I served the following one copy of NOTICE OF REMOVAL for CASE NO. CD230121 & OTHER RELATED ACCOUNTS, D.A. No.: ACV370-04 ,F118.808.10 was served by my hand on the date below and stamped above, to all party's listed of the document known as Evidence Exhibit J and K.

[illegible]

**AFFIDAVIT OF SERVICE**

[illegible]

[illegible] 14 [illegible] 9 15 [illegible]

[signature]

[illegible]

Zachary-Stanley of the Rice Estate A Living Man
Sovereign De Jure American National of Israel
Duly Authorize Executor of the RICE Estate.
Non Resident Alien/Non Assupsit Diversity of Citizenship
28 U S C 1746 (1) (Without Territories)
MC Co 296 Quarter Way 1136 Milton Washington
CMM Reg Sec 122 32, Public Law 91-375 Sec 401
253-683-1200

IN THE SUPERIOR COURTOF THE STATE OF CALIFORNIA.
COUNTY OF SAN DIEGO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA A Vessel /Agent in Commerce a fictitious foreign State.<br>vs.<br>Plaintiff in Error<br>BRIAN SCOTT RICE A Vessel /Agent in Commerce And A Presumption of Law, by forced appearance without consent<br>THIS IS NOT A PLEADING<br>Defendant in Error | **CASE NO. CD230121**<br>(In Admiralty Action In Quasi Rem)<br>NOTICE OF REMOVAL CHANGE OF VENUE. Pursuant to Diversity of Citizenship 28 U S.C. §§1331, 1333.<br>CASE NO CD230121 &<br>OTHER RELATED ACCOUNTS<br>D.A No.. ACV370-04.,F118.808.10<br>TO UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE AND MEMORANDUM INCORPORATED WITHIN<br>MEMORANDUM AND NOTICE AND DEMAND ATTACHED EXHIBIT K |

NOTICE OF REMOVAL CHANGE OF VENUE Pursuant to Diversity of Citizenship 28 U S C 1331 1333 CASE NO F118 808 10 OTHER RELATED ACCOUNTS D.A. No.: ACV370-04. CT No.CD230121

TO THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE MEMORANDUM INCORPORATED WITHIN.

AO440 - WAWD (Revised 10/11) Summons in a Civil Action

# United States District Court

for the
Western District of Washington

✓ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 09 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

:Zachary-Stanley: Executor of the Rice Estate,& :Mark-Edward:, Duly Authorize Administrator for Rice Trust Estate.

*Plaintiff*

v.

THE STATE OF CALFORNIA and Bonnie Michelle, DUMANIS and Subsidiarity Agency's and Agent's John and Jane Does 1-100.

*Defendant*

C12-0425RSM

Civil Action No. ~~12-MC-008~~

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Bonnie Michelle, DUMANIS, DEPUTY ATTORNEY FOR THE COUNTY OF SAN DIEGO FOR THE PEOPLE OF SAN DIEGO HALL OF JUSTICE 330 W BROADWAY SAN DIEGO, CA 92101.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

:Zachary-Stanley: and :Mark-Edward: Non -assumpsit/TDC: 296 Porter Way #136 Milton Washington. DMM Reg. Sec.122.32; Public Law 91-375, Sec.403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3.9.12

[signature]
*Signature of Clerk or Deputy Clerk*

PROOF OF SERVICE

*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________

☐ I personally served the summons and complaint on the individual at *(place)*

______________________ on *(date)* ______________ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* Andy Huelskamp

who is designated by law to accept service of process on behalf of *(name of organization)*

D.A. Beane M. Williams ______________ on *(date)* 3-16-12 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 3-16-12

Dana Kennedy
*Server's signature*

Dana Kennedy
*Printed name and title*

1835 A S. Centre City Pkwy #104
Escondido, CA 92025
*Server's address*

Additional information regarding attempted service, etc: